**FILED**
October 15, 2007
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>Morris Frazier, )<br>)<br>Defendant. ) | Case No. 2:07-mj-313 KJM<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  Morris Frazier   Case  2:07-mj-313 KJM  from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___  Release on Personal Recognizance

___  Bail Posted in the Sum of _____

_X_  Unsecured bond in the amount of $20,000 to be co-signed by defendant's aunt.

___  Appearance Bond with 10% Deposit

___  Appearance Bond secured by Real Property

___  Corporate Surety Bail Bond

_X_  (Other) PTS conditions/supervision;

Issued at  Sacramento, CA  on  10/15/07  at  5:55 p.m.

By _____
Kimberly J. Mueller,
United States Magistrate Judge